United States District Court
Southern District of Texas
**ENTERED**
January 28, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRIS KASPER | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. H-20-3942 |
| COMPETENTIA US, INC., | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

Because the Court has granted summary judgment in favor of Defendant Competentia US, Inc. on the claims pending by named Plaintiff Chris Kasper in this lawsuit, and because the opt-in plaintiffs never moved for certification as a collective action, the Court hereby

**ORDERS** that Plaintiff Chris Kasper's case is **DISMISSED.**

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas, on this  28  day of January, 2022.

_____
DAVID HITTNER
United States District Judge